IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LOUIS KERLINSKY,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 10-4404 |
| | : | |
| **MAIN LINE HOSPITALS, INC.,** | : | |
| d/b/a **THE LANKENAU HOSPITAL,** | : | |
| Defendant | : | |

# O R D E R

**AND NOW,** this   13th   day of September, 2012, upon consideration of the defendant's motion for sanctions (Document #29), and the response of the plaintiff in opposition thereto (Document #30), IT IS HEREBY ORDERED that the motion is DENIED in its entirety.[1]

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] The defendant seeks the modest sum of $800 as sanctions against the plaintiff pursuant to Rule 11 of the Federal Rules of Civil Procedure. It claims that the plaintiff violated Rule 11(b) by presenting motions in an attempt to harass Defendant Lankenau and unnecessarily increase the cost of litigation. While the defendant has had to expend a significant amount of resources in its vigorous defense of this action, I cannot agree that sanctions are warranted here. There is no real evidence that Mr. Kerlinsky was deliberately attempting to harass the defendant and/or to increase the costs of litigation. Rather, he zealously sought to redress a perceived injustice which is his right to do.  Accordingly, I will deny the motion for sanctions.