IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS KERLINSKY, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 10-4404 |
| | : | |
| MAIN LINE HOSPITALS, INC., | : | |
| d/b/a THE LANKENAU HOSPITAL, | : | |
| Defendant | : | |

# O R D E R

**AND NOW,** this 22nd day of July, 2013, upon consideration of the plaintiff's second *pro se* motion for reconsideration of the court's memorandum denying his first motion for reconsideration (Document #42), the response of the defendant in opposition thereto (Document #43), and the plaintiff's reply (Document #44), IT IS HEREBY ORDERED that the motion is DENIED in its entirety.

                                                  BY THE COURT:

                                                  /s/ Lawrence F. Stengel
                                                  LAWRENCE F. STENGEL, J.